# EXHIBIT A



May 10, 2021

Re: Offer of Employment

Dear Michele,

North American Dental Management, LLC (the "Company") is very pleased to offer you the position of Brand Ambassador. This offer letter (this "Offer Letter") summarizes some of the important aspects of your proposed employment with Company.

If you accept this offer, and so long as you meet the other requirements detailed below, the following terms will apply to your employment:

1. Start Date; Duties. Your first day of employment will be May 17, 2021. You will serve as the Brand Ambassador and will render such services to the Company as may be assigned to you from time to time. You will report to Mike Welsh, Director, Dentist Recruitment, and will be expected to devote substantially all of your working time and efforts to the business and affairs of the Company.

2. Compensation. You will receive annual base compensation ("Base Compensation") of $85,000 paid to you periodically in accordance with the Company's routine payroll policies and subject to any applicable deductions and withholdings. Your position is an exempt position for purposes of overtime eligibility (*i.e.*, you are not eligible for and will not be paid overtime). In addition, you will be eligible to receive a production bonus in the amount of $250 for each Full Time Doctor who starts and $125 for each Part Time and PRN doctor who starts and was directly sourced/provided to the recruiter by you personally.

3. At-Will Employment. Your employment with the Company is "at-will", and either you or the Company may terminate the employment relationship with or without cause at any time. In the event that you wish to resign from your employment with the Company, you agree to provide the Company with two (2) weeks' written notice of your resignation. The Company may, at its sole option, terminate your employment at any time after receiving your resignation, by paying you only the amount of Base Compensation that you would have earned during the remainder of the applicable notice period. Following the termination of your employment, you will be entitled to receive only any accrued but unpaid Base Compensation through the effective date of termination.

4. Benefits. You will be eligible to participate in all benefit plans, programs and practices maintained by the Company for similarly situated employees in accordance with the terms of such plans, programs and practices as in effect from time to time, including medical, dental disability and life insurance plans. In addition, you will be eligible to earn 15 days' paid time off per year.

5. Restrictive Covenants. You acknowledge that (a) you will perform services of a unique nature for the Company, and that your performance of such services to a competing business will result in irreparable harm to the Company (and its subsidiaries and affiliates), (b) you will have access to confidential information of the Company (and its subsidiaries and affiliates) which, if disclosed, would unfairly and inappropriately assist in competition against the Company (and its subsidiaries and affiliates), and (c) in the

1

course of your employment by a competitor, you may inevitably use or disclose such confidential information, and (d) you will receive specialized training from the Company (and its subsidiaries and affiliates). Accordingly, you will not, directly or indirectly, (i) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, own (beneficially or otherwise), manage, operate, control, be employed by, participate in (as a partner, director or otherwise), or perform services for (including as a consultant or advisor) any person or entity that is engaged in (or provide financial assistance to or otherwise be engaged in any manner in the operation of) any business that provides management and operational services and related functions for dental practices, including specialty dental practices; <u>provided</u>, that the foregoing will not prohibit you from being an owner of less than two percent (2%) of the outstanding stock of any company listed on a national securities exchange, so long as you have no direct or indirect participation in any business of such company that offers management and operational services and related functions for dental and specialty practices, and (ii) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, (A) solicit, induce or attempt to induce any employee or individual retained as an independent contractor of the Company (or any its subsidiaries or affiliates) to terminate his or her employment or contracting relationship with such entity, or to become an employee or independent contractor of any other person or entity, (B) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to cease doing business with such entity or materially and adversely interfere with the relationship between any such customer, payor, supplier or other business relation and such entity, or (C) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to conduct with anyone else any business or activity that such business relation could conduct with the Company (or any its subsidiaries or affiliates).

During your employment and following termination of your employment, you agree not to disparage or otherwise make any comment or statement which casts an unfavorable light upon the Company (or any of its subsidiaries or affiliates), or any officer, director, executive or employee of any of them.

You acknowledge and agree that the Restrictive Covenants herein are necessary for the reasonable and proper protection of the Company (and its subsidiaries and affiliates) and that the Restrictive Covenants herein are reasonable with respect to subject matter, length of time and geographic area, and that these Restrictive Covenants, individually or in the aggregate, will not prevent you from obtaining other suitable employment during the period in which you are bound thereby. If at any time a court holds that any Restrictive Covenant herein is unreasonable under circumstances then existing, then the maximum period, scope or geographical area reasonable under such circumstances will be substituted for the otherwise applicable period, scope or area.

6. <u>Other Conditions</u>. By accepting the Company's offer of employment, you (a) agree to comply with and be bound by the operating practices, procedures and policies that the Company may put into effect from time to time during your employment, and (b) represent and warrant that you are free to enter into and fully perform under the terms of this Offer Letter without breaching or violating any contract



or legal obligation that you may owe to any third party, including, without limitation, any restrictive covenant (such as an agreement not to compete or not to solicit), notice period, or other obligation that you may owe to any current or former employer, and further agree to indemnify the Company to the extent it is made a party to any lawsuit based upon your violation of any such agreement.

7. <u>Confidentiality</u>. The terms of this Offer Letter shall be kept confidential between the parties. Further, you agree not to, during your employment or thereafter, disclose to any person or entity or use for your own account or for the account of any person or entity (other than the Company (or its subsidiaries and affiliates) any confidential information of the Company without the prior written consent of the Company, unless and to the extent that such disclosure is required by law.

8. <u>Governing Law</u>. This Offer Letter shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania. Each party hereby consents to exclusive jurisdiction of the federal or state courts of competent jurisdiction within Allegheny County in Commonwealth of Pennsylvania.

This offer is contingent on your compliance with the 1986 Immigration Reform and Control Act. Within three (3) business days of your start date, you will be required to provide the Company with documentary evidence of your identity and eligibility for employment in the United States. This offer is subject to your meeting the Company's requirements regarding reference checks, employment checks, and a formal background check. If the foregoing is agreeable, kindly sign below and return the same to the undersigned to evidence your agreement and acceptance of the matters set forth herein.

Best Regards,

*Michael Welsh*

Name: Mike Welsh
Title: Director, Dentist Recruitment


Acknowledged and agreed as of this **10th** day of _____**May**_____, 2021

Name: Michele Phillips