# EXHIBIT B



# CONFIDENTIALITY/NON-SOLICITATION AGREEMENT

The Company has acquired and established valuable and competitively sensitive data and information through its business, research, development and practices, which information is described more extensively herein, and is collectively referred to as the "Confidential Information." To protect the business interests of the Company and the competitive advantage derived from the Confidential Information, it is necessary for Confidential Information be kept secret and confidential.

The team member, from and after the commencement of employment with the Company, will be engaged in activities that involve confidential information. The team member will have extensive access to and become familiar with, and may develop or contribute to, the Confidential Information. The team member recognizes that the Confidential Information provides the Company with a competitive advantage over others in the marketplace and is vital to the success of the Company. Team member shall not disclose Confidential Information or participate in any activity that may cause harm, directly or indirectly, to or interfere with the relationship between the Company and team member(s), patients and vendors.

**Confidential Information:** For purposes of this Agreement, "**Confidential Information**" includes, but is not limited to, business plans and strategies, marketing plans and strategies, patient records, billing information, customer and patient lists, customer and patient contact information, methods of operation, technical services, financial information, business development plans and strategies, system analyses, quality assurance and control programs and information, clinical information, clinical trial data, medical and peer review, utilization, data reports, quality improvement, presentations, survey results, computer programs, software and hardware configurations, information regarding the terms of the Company's relationships with suppliers and vendors, pricing information, processes and techniques, creations, innovations, and any other information which the Company may reasonably treat or designate as confidential from time to time, whether in spoken, printed, electronic or any other form or medium. Team member understands that the foregoing list is not exhaustive and that Confidential Information also includes other information that is marked or otherwise identified as confidential or proprietary. The Company believes that all Confidential Information constitutes trade secret information under applicable law. Team member shall maintain the confidentiality of all Confidential Information whether or not ultimately determined to be a trade secret. Confidential Information does not include information that (a) is generally known or available to the public or (b) becomes generally available to the public other than as a result of a disclosure in breach of this Agreement. For purposes of this Agreement, references to the Company will include NADG and any subsidiaries and affiliated entities, now or subsequently existing.

**Non-Disclosure of Confidential Information:** Team member acknowledges that the Company would be irreparably injured and the good will of the Company would be irreparably damaged if team member neglected to follow the guidelines outlined within this Agreement. Team member further acknowledges that the activities discussed in this Agreement are reasonable in scope and duration and do not unreasonably restrict team member's association with other business entities, either as a team member or otherwise.

During team member's employment with the Company and any time thereafter, except as may be required by law, team member shall not, directly or indirectly, disclose, disseminate, reveal, divulge, discuss, copy or otherwise use or cause to be used, any Confidential Information other than in the authorized scope of team member's employment with the Company. Upon termination of employment,

no matter what the reason for such termination, and at any other time upon the request of the Company, team member shall return to the Company any and all Confidential Information and all other materials and information in tangible or electronic form concerning the business and affairs of the Company and/or its patients and vendors.

Team member understands and acknowledges that team member's non-disclosure obligations under this Agreement prohibit team member posting or discussing any Confidential Information on any personal social media sites such as Facebook or Twitter. Team member SHALL NOT take any pictures or videos of patients for personal use with team member's cell phone or similar methods. Team member WILL NOT post any Confidential Information on any Company-sponsored social media sites without the written authorization of Company management and, where required by law or Company policy, the patient.

Team member may not be held criminally or civilly liable under any federal or state trade secret law for disclosure of a trade secret that is made (i) in confidence to a government official, either directly or indirectly, or to an attorney, solely for the purpose of reporting or investigating a suspected violation of law; or (ii) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal.

Team member understands that the Company will receive from third parties confidential or proprietary information ("**Third Party Information**") subject to a duty on the part of the Company to maintain the confidentiality of such information and to use it only for certain limited purposes. During the team member's employment with the Company and at any time thereafter, and without in any way limiting the provisions of this Agreement, team member will hold Third Party Information in the strictest confidence and will not disclose to anyone (other than personnel of the Company who need to know such information in connection with their work for the Company) or use, except in connection with team member's work for the Company, Third Party Information unless expressly authorized by the Company in writing.

**Non-Solicitation:** During team member's employment with the Company and for twelve (12) months following the termination of team member's employment, no matter what the reason for such termination, team member will not, directly or indirectly (i) induce or attempt to induce any team member of the Company to leave the employ of the Company or in any way interfere with the relationship, contractual or otherwise, between the Company and any team member thereof or (ii) induce or attempt to induce any patient, customer, vendor, supplier, licensee, franchisee or other business relation of the Company to cease doing business with the Company or in any way interfere with the relationship between the Company and any such patient, customer, vendor, supplier, licensee, franchisee or business relation of the Company.

Team member expressly acknowledges that the non-disclosure and non-solicitation protection obligations contained in this Agreement shall remain in full force and effect during and after team member's employment in any position with the Company, or any affiliate thereof, and with respect to any Confidential Information of the Company or its affiliates. Team member acknowledges that team member has carefully read this entire Agreement and fully agrees with and understands its terms. This Agreement may not be amended or modified other than in writing signed by the Company and team member.

 verifies the Electronic Signature of this document

| SIGNATURE | |
|---|---|
| **Signer Name:** | Michele Phillips |
| **User ID:** | Funhouse501W. |
| **Date Electronically Signed:** | May 13, 2021 08:53 AM EDT |
| **File Name:** | Confidentiality Agreement V-2-19 - No Fields - 2021-05- |
| **Display Name:** | Confidentiality Agreement |