# EXHIBIT C



**Christian Antkowiak**
412 562 3988
christian.antkowiak@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

May 31, 2023

VIA EMAIL – Phillipsm@nadentalgroup.com &
U S CERTIFIED MAIL; RETURN RECEIPT REQUESTED

Michele Phillips
6573 Pocklington Road
Britton MI 49229

Re:  Restrictive Covenant Obligations

Dear Michele:

Buchanan Ingersoll & Rooney PC is outside counsel to North American Dental Management, LLC (the "Company").  We have significant concerns that you have accepted a new position in violation of the restrictive covenants contained in your Offer Letter dated May 10, 2021 (herein referred to as the "Offer Letter", a copy of which is enclosed for your reference).  The purpose of this letter is to demand full compliance with your contractual obligations and to put you on notice of your obligations to retain documents, information, records and other potentially relevant evidence.

First, you have ongoing contractual obligations, of which you are certainly aware. The Offer Letter provides, in relevant part:

5. Restrictive Covenants. You acknowledge that (a) you will perform services of a unique nature for the Company, and that your performance of such services to a competing business will result in irreparable harm to the Company (and its subsidiaries and affiliates)…Accordingly, you will not, directly or indirectly, (i) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, own (beneficially or otherwise), manage, operate, control, be employed by, participate in (as a partner, director or otherwise), or perform services for (including as a consultant or advisor) any person or entity that is engaged in (or provide financial assistance to or otherwise be engaged in any manner in the operation of) any business that provides management and operational services and related functions for dental practices, including specialty dental practices…

May 31, 2023
Page - 2 -

Offer Letter, pp. 1-2.  Additionally, Section 5 goes on to prohibit you from soliciting certain categories of employees and clients, as follows:

> …(ii) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, (A) solicit, induce or attempt to induce any employee or individual retained as an independent contractor of the Company (or any its subsidiaries or affiliates) to terminate his or her employment or contracting relationship with such entity, or to become an employee or independent contractor of any other person or entity, (B) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to cease doing business with such entity or materially and adversely interfere with the relationship between any such customer, payor, supplier or other business relation and such entity, or (C) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to conduct with anyone else any business or activity that such business relation could conduct with the Company (or any its subsidiaries or affiliates).

*Id.*

Second, you agreed "not to, during your employment or thereafter, disclose to any person or entity or use for your own account or for the account of any person or entity (other than the Company (or its subsidiaries and affiliates) any confidential information for the Company without the prior written consent of the company, unless and to the extent that such disclosure is required by law." Offer Letter, Sec. 7 Confidentiality, p. 2. This contractual obligation supplements your statutory obligation to refrain from the misappropriation of trade secrets under, among other things, the Pennsylvania Uniform Trade Secrets Act.  12 Pa. C.S.A. §§ 5301-5308.

Despite these obligations and agreements, we understand that you are now (or soon to be) employed by a company which provides management and/or operational services and/or related functions for dental practices, including specialty dental practices.  Make no mistake, if that is the case, you will be in clear and unequivocal violation of your obligations to the Company.

According, we write to remind you of your obligations and to inform you that you must cease and desist from performing any work in violation of your prior agreement.  If you obtain employment with and/or continue to be employed in violation of your obligations to the Company, we will have no choice but to seek civil remedies in a court of law.

May 31, 2023
Page - 3 -

Please be advised that North American Dental Management, LLC is prepared to take all necessary steps to protect its rights (and the rights of its affiliates/subsidiaries), including seeking immediate injunctive relief, monetary damages, attorneys' fees and costs. To avoid immediate legal action, please take the following actions on or before 5:00 p.m. on June 6, 2023:

- Provide an accounting of all Company property (including Company affiliates/subsidiaries) in your direct or indirect possession or control (including things such as marketing materials, patient/client contact information, pricing information, etc.);

- Deliver to the Company all such property (including any documents or information in any form that you have retained) in your possession or control;

- Provide a list of any individual with whom you or anyone acting on your behalf, have had contract with, regarding changing service providers from the Company (or its affiliates/subsidiaries;

- Provide an affidavit confirming that you (1) have fully complied with the terms of the Offer Letter and obligations to the Company (including its affiliates/subsidiaries); (2) have not used, disclosed, misappropriated or otherwise called upon any confidential information of the Company (and its affiliates/subsidiaries); and (3) are not directly or indirectly competing with the Company (or its affiliates/subsidiaries) on behalf of another entity.

Additionally, you are required to preserve all information you have that in any way relates to the matters contained in this letter. We will be seeking information from your email accounts, social media accounts, drop boxes, personal devices, including phone, computers, ipads, etc. As a result, you should not delete, alter, modify or destroy any information that may be related to this matter.

Should you have any question regarding the content of this letter, please contact me.

Very truly yours,

Christian Antkowiak

CA/
Enclosure



May 10, 2021

Re: Offer of Employment

Dear Michele,

North American Dental Management, LLC (the "Company") is very pleased to offer you the position of Brand Ambassador. This offer letter (this "Offer Letter") summarizes some of the important aspects of your proposed employment with Company.

If you accept this offer, and so long as you meet the other requirements detailed below, the following terms will apply to your employment:

1.  Start Date; Duties.  Your first day of employment will be May 17, 2021.  You will serve as the Brand Ambassador and will render such services to the Company as may be assigned to you from time to time.  You will report to Mike Welsh, Director, Dentist Recruitment, and will be expected to devote substantially all of your working time and efforts to the business and affairs of the Company.

2.  Compensation.  You will receive annual base compensation ("Base Compensation") of $85,000 paid to you periodically in accordance with the Company's routine payroll policies and subject to any applicable deductions and withholdings. Your position is an exempt position for purposes of overtime eligibility (*i.e.*, you are not eligible for and will not be paid overtime).  In addition, you will be eligible to receive a production bonus in the amount of $250 for each Full Time Doctor who starts and $125 for each Part Time and PRN doctor who starts and was directly sourced/provided to the recruiter by you personally.

3.  At-Will Employment.  Your employment with the Company is "at-will", and either you or the Company may terminate the employment relationship with or without cause at any time. In the event that you wish to resign from your employment with the Company, you agree to provide the Company with two (2) weeks' written notice of your resignation. The Company may, at its sole option, terminate your employment at any time after receiving your resignation, by paying you only the amount of Base Compensation that you would have earned during the remainder of the applicable notice period. Following the termination of your employment, you will be entitled to receive only any accrued but unpaid Base Compensation through the effective date of termination.

4.  Benefits.  You will be eligible to participate in all benefit plans, programs and practices maintained by the Company for similarly situated employees in accordance with the terms of such plans, programs and practices as in effect from time to time, including medical, dental disability and life insurance plans.  In addition, you will be eligible to earn 15 days' paid time off per year.

5.  Restrictive Covenants.  You acknowledge that (a) you will perform services of a unique nature for the Company, and that your performance of such services to a competing business will result in irreparable harm to the Company (and its subsidiaries and affiliates), (b) you will have access to confidential information of the Company (and its subsidiaries and affiliates) which, if disclosed, would unfairly and inappropriately assist in competition against the Company (and its subsidiaries and affiliates), and (c) in the

1



course of your employment by a competitor, you may inevitably use or disclose such confidential information, and (d) you will receive specialized training from the Company (and its subsidiaries and affiliates). Accordingly, you will not, directly or indirectly, (i) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, own (beneficially or otherwise), manage, operate, control, be employed by, participate in (as a partner, director or otherwise), or perform services for (including as a consultant or advisor) any person or entity that is engaged in (or provide financial assistance to or otherwise be engaged in any manner in the operation of) any business that  provides management and operational services and related functions for dental practices, including specialty dental practices; provided, that the foregoing will not prohibit you from being an owner of less than two percent (2%) of the outstanding stock of any company listed on a national securities exchange, so long as you have no direct or indirect participation in any business of such company that offers management and operational services and related functions for dental and specialty practices, and (ii) for so long as you are employed by the Company (or any its subsidiaries or affiliates) and for a period of twelve (12) months thereafter, no matter what the reason for such termination or whether such termination is initiated by you or the Company, (A) solicit, induce or attempt to induce any employee or individual retained as an independent contractor of the Company (or any its subsidiaries or affiliates) to terminate his or her employment or contracting relationship with such entity, or to become an employee or independent contractor of any other person or entity, (B) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to cease doing business with such entity or materially and adversely interfere with the relationship between any such customer, payor, supplier or other business relation and such entity, or (C) solicit, induce or attempt to induce any customer, payor, supplier or other business relation of the Company (or any its subsidiaries or affiliates) to conduct with anyone else any business or activity that such business relation could conduct with the Company (or any its subsidiaries or affiliates).

During your employment and following termination of your employment, you agree not to disparage or otherwise make any comment or statement which casts an unfavorable light upon the Company (or any of its subsidiaries or affiliates), or any officer, director, executive or employee of any of them.

You acknowledge and agree that the Restrictive Covenants herein are necessary for the reasonable and proper protection of the Company (and its subsidiaries and affiliates) and that the Restrictive Covenants herein are reasonable with respect to subject matter, length of time and geographic area, and that these Restrictive Covenants, individually or in the aggregate, will not prevent you from obtaining other suitable employment during the period in which you are bound thereby. If at any time a court holds that any Restrictive Covenant herein is unreasonable under circumstances then existing, then the maximum period, scope or geographical area reasonable under such circumstances will be substituted for the otherwise applicable period, scope or area.

6.    Other Conditions.  By accepting the Company's offer of employment, you (a) agree to comply with and be bound by the operating practices, procedures and policies that the Company may put into effect from time to time during your employment, and (b) represent and warrant that you are free to enter into and fully perform under the terms of this Offer Letter without breaching or violating any contract

2



or legal obligation that you may owe to any third party, including, without limitation, any restrictive covenant (such as an agreement not to compete or not to solicit), notice period, or other obligation that you may owe to any current or former employer, and further agree to indemnify the Company to the extent it is made a party to any lawsuit based upon your violation of any such agreement.

7.    <u>Confidentiality</u>.  The terms of this Offer Letter shall be kept confidential between the parties. Further, you agree not to, during your employment or thereafter, disclose to any person or entity or use for your own account or for the account of any person or entity (other than the Company (or its subsidiaries and affiliates) any confidential information of the Company without the prior written consent of the Company, unless and to the extent that such disclosure is required by law.

8.    <u>Governing Law</u>.  This Offer Letter shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania.  Each party hereby consents to exclusive jurisdiction of the federal or state courts of competent jurisdiction within Allegheny County in Commonwealth of Pennsylvania.

This offer is contingent on your compliance with the 1986 Immigration Reform and Control Act. Within three (3) business days of your start date, you will be required to provide the Company with documentary evidence of your identity and eligibility for employment in the United States.  This offer is subject to your meeting the Company's requirements regarding reference checks, employment checks, and a formal background check.  If the foregoing is agreeable, kindly sign below and return the same to the undersigned to evidence your agreement and acceptance of the matters set forth herein.

Best Regards,

*Michael Welsh*

Name: Mike Welsh
Title: Director, Dentist Recruitment


Acknowledged and agreed as of this <u>10th</u> day of _____<u>May</u>_____, 2021

Name: Michele Phillips

3