# EXHIBIT D



**Christian Antkowiak**
412 562 3988
christian.antkowiak@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
T 412 562 8800
F 412 562 1041

June 12, 2023

Michele Phillips
6573 Pocklington Road
Britton, MI 49229
aaronandmichele@comcast.net

Re: <u>Restrictive Covenant Obligations – Second and Final Communication</u>

Dear Michele:

    I previously wrote to you on or about May 31, 2023. In that correspondence, I informed you that our firm represents North American Dental Group (the "Company") and that the Company has significant concerns that you accepted a new position in violation of your post-employment obligations to the Company as set forth in your May 10, 2021 Offer Letter. I provided you with a copy of that Offer Letter and re-stated your restrictions in no uncertain terms. I also asked you to take certain steps to avoid legal action, no later than 5:00 p.m. on June 6, 2023, including that you return all Company property in your possession or control. To date, you have not responded to my letter or returned the Company property in your possession.

    This is particularly concerning given that your employment ended on June 6 and you are still in possession of your Company laptop, which contains highly confidential and trade secret information that you wrongfully possess.

    Based on the foregoing series of events, to include your wrongful possession of highly confidential and trade secret information, we are prepared to file a complaint forthwith. If you do not respond by close of business on Wednesday, June 14, 2023 we will have no choice but to protect the Company's interests by initiating litigation.

Very truly yours,

Christian Antkowiak

CA/
Enclosure