IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | *ELECTRONICALLY FILED* |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

North American Dental Management, LLC ("NADM"), by and through its undersigned counsel, files this Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, respectfully requesting this Court to enter the attached Temporary Restraining Order and a Preliminary Injunction ordering Defendant Michele Phillips ("Phillips") to (1) cease unlawfully competing with NADM; (2) immediately return all Confidential Information and Trade Secrets (as defined in the Verified Complaint) in her possession; (3) enjoin Phillips from possessing, using and/or disclosing NADM's Confidential Information and Trade Secrets, and (4) enjoin Phillips from competing with NADM in violation of her non-competition obligations in her Offer Letter Agreement (as defined in the Verified Amended Complaint). In support thereof, NADM alleges as follows:

1. On June 30, 2023, NADM commenced this action by filing a Verified Complaint. ECF No. 1.

2. On July 8, 2023, and prior to successfully serving Phillips with original process, NADM filed a Verified Amended Complaint, which is incorporated herein by reference. ECF No. 6.

3. As alleged in the Verified Amended Complaint, NADM brings this action to protect its client and recruiting relationships, goodwill, valuable confidential, proprietary and/or trade secret information, enforce its former employee's contractual obligations regarding competitive activity, prevent Phillips from using its confidential, proprietary and/or trade secret information and prohibit her from unfairly competing with NADM.

4. Phillips' actions, as set forth in the Verified Amended Complaint, constitute violations of the Defend Trade Secrets Act and Pennsylvania Uniform Trade Secrets Act, breaches of Phillips' Offer Letter Agreement and Confidentiality/Non-Solicitation Agreement (as defined in the Verified Amended Complaint) with NADM, breach of her fiduciary duty to NADM, and unfair competition.

5. Unless and until Phillips is restrained and enjoined from her wrongful and unlawful conduct, NADM has been and will continue to be irreparably harmed by her wrongful conduct, which includes: (a) exploiting NADM's relationships with its prospective doctors; (b) misappropriating NADM's Confidential Information and Trade Secrets (as defined in the Verified Amended Complaint), including its recruiting strategy and playbook; and (c) unfairly competing with NADM in violation of Phillips' Offer Letter Agreement and Confidentiality/Non-Solicitation Agreement with NADM.

6. NADM has no adequate remedy at law.

7. NADM has a high probability of success on the merits under the causes of action and facts set forth in the Verified Amended Complaint.

8. If a Temporary Restraining Order and Preliminary Injunction are not granted, NADM will continue to suffer immediate and irreparable harm and will not have an adequate remedy at law because Phillips will continue to (a) unfairly exploit NADM's good will and relationships with prospective doctors, which were developed and fostered by NADM; (b)

unfairly use and otherwise misappropriate NADM's Confidential Information and Trade Secrets on behalf of herself and a NADM competitor, thereby eroding its competitive advantage; and (c) unfairly compete with NADM.

WHEREFORE, for the reasons set forth in the Verified Amended Complaint and the accompanying Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, which are incorporated herein by reference, the Court should grant the relief requested in the Proposed Order.

Dated:  July 9, 2023                                             Respectfully submitted,

/s/ Erin J. McLaughlin
Erin J. McLaughlin *(PA 202044)*
erin.mclaughlin@bipc.com
Christian C. Antkowiak *(PA 209231)*
christian.antkowiak@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219
Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Plaintiff, North American Dental Management, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July, 2023, to the following:

Michele Phillips
6573 Pocklington Road
Britton, MI  49229

                                              */s/ Erin J. McLaughlin*