IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER OF COURT**

**AND NOW**, on this _____ day of _____ 2023, upon consideration of Plaintiff's Motion to Expedite Discovery, it is hereby ORDERED that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that, within ten (10) days of service of this Order, Defendant shall respond in writing to Plaintiff's First Requests for Production of Documents, Electronically Stored Information and Things Directed to Defendant; and shall produce the documents requested therein by delivering same, or copies thereof, to the office of **Erin J. McLaughlin, Buchanan Ingersoll & Rooney PC, Union Trust Building, Suite 200, 501 Grant Street Pittsburgh, Pennsylvania 15219.**

It is further **ORDERED** that Defendants shall serve written answers to Plaintiff's First Set of Interrogatories Directed to Defendant within ten (10) days of service of this Order.

It is further **ORDERED** that Defendant shall appear for depositions at a date and time to be mutually determined by counsel for the parties, but in no event later than five (5) days before the preliminary injunction hearing.

It is further **ORDERED** that Defendant shall serve discovery requests necessary to prepare for the injunction hearing in the matter within five (5) days of service of this Order and that Plaintiff shall respond within ten (10) days of service of the requests.

_____