# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NORTH AMERICAN DENTAL                )
MANAGEMENT, LLC,                     )
                                     )
        Plaintiff,             )        2:23-cv-01202
                                     )
    v.                             )
                                     )
MICHELE PHILLIPS,                    )
                                     )
        Defendant.             )

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO MICHELE PHILLIPS**

North American Dental Management, LLC, by and through its undersigned counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby propounds Plaintiff's First Set of Interrogatories to Michele Phillips.  Plaintiff requests that Michele Phillips answer the same in the manner prescribed by the Federal Rules of Civil Procedure, and within the time permitted by those Rules or any Order of Court expediting discovery in this matter.

**DEFINITIONS**

A.    "**You**," "**your**," and "**Phillips**" shall refer to Defendant Michele Phillips and any person or entity acting or purporting to act at her request, on her behalf, or under her direction or control.

B.    "**NADM**" shall refer to Plaintiff, North American Dental Management, LLC, and any person, agent or entity acting, or purporting to act, on its behalf.

C.    **"Dental Professional"** shall refer to any Person or Entity engaged in the practice of dentistry, including dentists, endodontists, periodontists, orthodontists, dental hygienists or other dental professionals.

D.      **"DSO"** shall refer to any dental services organization and direct competitor of

NADM.

E.      **"Any"** shall be understood to encompass **"all."**

F.      The conjunction **"and"** shall include the disjunctive **"or"** and vice versa.

G.      **"Person"** shall mean any natural person or business organization.

H.      **"Document"** or **"documents"** shall have the full meaning as set forth in the

Federal Rules of Civil Procedure and includes (but is not limited to) all electronically stored,

written, typewritten, handwritten, recorded or printed matter of any kind, including the originals

and all non–identical copies thereof, whether different from the originals by reason of any

notation made on such copies or otherwise, including without limitation:  minutes and/or other

records of meetings, agendas, bills, contracts, leases, assignments, agreements, contracts,

summaries of negotiations, account books, orders, invoices, statements, bills, checks, accounting

records, vouchers, summaries, diaries, forecasts, studies, drawings, graphs, charts, reports and/or

summaries of investigations or reports, strategic or business plans or summaries, brochures,

pamphlets, publications, circulars, advertisements, trade letters, press releases, statements of

policy, correspondence, letters, electronic mail, telegrams, interoffice and intraoffice

communications, offers, notations of any sort of conversations, appointment books or calendars,

teletypes, telefax, thermafax, confirmations, computer files, printouts of computer files,

computer data (including information or programs stored in a computer, whether or not ever

printed out or displayed); all drafts, alterations, modifications, changes and amendments of any

of the foregoing; all graphic or manual records or representations of any kind, including without

limitation, photographs, microfiche, microfilm, video tape, records, motion pictures, and

electronic, mechanical or electric records or representations of any kind, including without

limitation, tapes, cassettes, disks, magnetic cards, and recordings; and all other similar material which is in your possession, custody or control.  Without limiting the term "control" as used in the preceding sentence, a document shall be deemed to be within your control, regardless of its physical location, if you have the right to secure the document or a copy thereof from another person or entity, either public or private, including, but not limited to, your legal counsel, having actual possession thereof.

      I.      "**All Documents**" shall mean every document, whether an original or copy, as above defined, and every such document or writing which can be located or discovered by reasonably diligent efforts.

      J.      "**Refer**," "**relate**," "**reflect**," "**regard**," "**refer to**," "**relate to**," "**relating to**," and "**concerning**" (or forms thereof) shall mean directly or indirectly, in whole or in part, connected with, commenting on, relevant to, impinging or impacting upon, affecting, responding to, showing, describing, representing, supporting, contradicting, stating, mentioning, showing, evaluating, recording, noting, analyzing, or constituting.

      K.      "**Identify**" and "**identification**" shall mean, when used in reference to:

      (a)      <u>A natural person</u>:  his or her full name; home address; business address; home and business telephone number; present or last known position, job description, and the identity of his or her business affiliation; his or her position, job description, and the identity of his or her business affiliation at the time and in the context in which he or she is identified; and the relationship, business or otherwise, between such person and yourself.

      (b)      <u>A company, corporation, association, partnership, or legal entity other than a natural person</u>:  its full name; a description of the type of organization or entity; the address and telephone number of its principal place of business; the jurisdiction of incorporation or organization; the date of its incorporation or organization; and the identity of each natural person acting on behalf of the entity at the time and in the context in which the entity is identified.

(c)     <u>A document</u>:  its description (i.e., letter, memorandum, report, etc.); its title; its date; the number of  pages thereof; its subject matter; the identity of its author(s), creator(s), originator(s), signer(s), and any person(s) who participated in its preparation; the identity of its addressee(s) or recipient(s); the identity of each person to whom copies were sent and each person by whom copies were received; its present location; and the identity of its custodian(s).  If any such document was, but is no longer in your possession or control, state what disposition was made of it and when.

(d)     <u>A communication</u>:  the type and/or mode of the communication; the date and time when it occurred; the place where it occurred; the complete substance of the communication; the identity of each person to whom such communication was made, by whom such communication was made, and who was present when such communication was made; and the identity of all documents memorializing, referring, or relating in any way to the communication or its subject matter.

(e)     <u>An assertive action</u>:  the date and time when it occurred; the place where it occurred; a detailed description of the action; the identity of each person taking and/or witnessing such action; and the identity of all documents memorializing, referring, or relating in any way to the subject matter of the action.

## **<u>GENERAL INSTRUCTIONS</u>**

A.     Answers to these Interrogatories should include information known to you as "you" is defined above, or ascertainable by you upon reasonable inquiry.  If an answer cannot be provided to any particular Interrogatory, identify any individual or entity that might have knowledge, and any material which is believed to be relevant to the answer sought.

B.     If any Interrogatory seeks information of which you are not certain, such as a precise value, amount, or date, an approximate value, amount, or date should be provided with a notation that the value, amount, or date is an approximate only.

C.     To the extent that an objection is raised to any Interrogatory herein, whether in whole or in part, respond to as much of the Interrogatory as to which no objection is asserted. With respect to the portion of the Interrogatory to which an objection is asserted, state with

specificity the basis for the objection and indicate whether the information requested is contained in any documents.  Such documents are to be identified.

D.     With respect to any communication that is claimed to be privileged or otherwise protected from discovery, identify the communication, including its date, authors, recipients, location, all participants, and general subject matter, but not its substance; state the privilege or other protection from discovery allegedly involved; and state any factual and/or legal basis for the assertion of the privilege or the protection from discovery.

E.     These Interrogatories are continuing in nature.  In the event that any information comes to your attention after serving responses to these Interrogatories, which information is responsive to any request for discovery above or which would change or alter in any way your answers to the above Interrogatories, and which was not included in your answers to the Interrogatories above, such additional information shall be furnished to counsel for NADM as soon as possible without any further request by NADM.


## INTERROGATORIES

1.     Identify any entity that has employed you or engaged you (other than NADM) since January 1, 2023 and describe the terms of any engagement (such as your hire date, employment status, contractual obligations, base salary, incentive compensation, equity, benefits and job duties).

**ANSWER:**


2.     Describe in detail how you came to be engaged by any entity you identified in response to Interrogatory 1, including when and how you became aware of the possibility of such

5

engagement, who made the first contact, when the first contact was made, when and how negotiations occurred, what the negotiations consisted of, who participated in negotiations, when and how a job offer was extended, when and how you accepted that offer, and when and what you and any said entity discussed regarding your prior employment with NADM, including your Offer Letter Agreement and Confidentiality/Non-Solicitation Agreement (as defined in the Verified Amended Complaint).

**ANSWER:**

3.    Describe in detail any work you have performed for or on behalf of any other entity by whom you have been engaged (other than NADM) since May 1, 2023.

**ANSWER:**

4.    Describe in detail any communications between you and any entity identified in response to Interrogatory 1 regarding NADM and/or your contractual obligations to NADM, including the identity of the individual with whom you communicated, the dates on which such communications occurred, who initiated the communications, and the method of communication (i.e., email, telephone, in writing, in person, etc.).

**ANSWER:**

5.    Identify each Dental Professional with whom you have communicated since May 1, 2023 on behalf of any entity other than NADM, including the name of the individual, the

method(s) of communication(s), who initiated the communication(s), the date(s) of the communication(s) and the content of such communication(s).

**ANSWER:**

6.       Identify any messaging service, email account and/or social media account (such as Jabber, Slack, LinkedIn, Facebook, MySpace, SnapChat, Twitter, Instagram, TikTok, etc.) that you have used for any business purpose since January 1, 2023.

**ANSWER:**

7.       Identify any device (including any computer, tablet, smart phone, pager or other electronic device) that you have used for any business purpose since January 1, 2023.

**ANSWER:**

8.       Identify any removable storage device, hard drive and/or cloud-based storage account that you have used for any business purpose since January 1, 2023.

**ANSWER:**

9.       Identify any device or account that you have used to access, store, or view NADM Confidential Information and Trade Secrets (as defined in the Verified Amended Complaint).

**ANSWER:**

10.       With respect to your Covenant Agreement with NADM, identify the date on which you advised any competing entity about the existence of your Offer Letter Agreement and Confidentiality/Non-Solicitation Agreement (as defined in the Verified Amended Complaint),

including each representative of DSO or any other competing entity with whom you discussed or communicated about the Offer Letter Agreement and Confidentiality/Non-Solicitation Agreement (as defined in the Verified Amended Complaint); and the substance of all such communications.

**ANSWER:**


11.    Identify any documents, electronically stored information or other property belonging to or originating from NADM that you possessed, accessed, used or otherwise called upon since your separation from NADM.

**ANSWER:**


12.    Identify each person and/or entity with whom you have had any communications in preparation for, in relation to or regarding your separation from NADM, including the name(s) of the individual with whom you have had the communication(s), the date(s) of the communication(s), the method of the communication(s), the purpose of the communication(s) and a description of the contents of such communication(s).

**ANSWER:**


13.    If you are a party to any agreement, contract, or arrangement with a third person, firm or entity to defend or indemnify against this or any action brought against you by NADM, please set forth the date and time when, and the place where, the agreement, arrangement, relationship or contract was made; the name and address of the entity and/or the person with whom you made that type of agreement, contract or arrangement; the name of each person who

acted on behalf of the respective parties to the agreement or otherwise participated in the

negotiation of the agreement; and if oral, the exact statements constituting the agreement,

contract, arrangement or relationship, or, if unavailable, the full substance thereof.

**ANSWER:**


Dated:  July ___, 2023                          Respectfully submitted,

                                                BUCHANAN INGERSOLL & ROONEY PC

                                                */s/ Erin J. McLaughlin*
                                                Erin J. McLaughlin *(PA 202044)*
                                                erin.mclaughlin@bipc.com
                                                Christian C. Antkowiak *(PA 209231)*
                                                christian.antkowiak@bipc.com
                                                Nicholas J. Bell *(PA 307782)*
                                                nicholas.bell@bipc.com

                                                Union Trust Building, Suite 200
                                                501 Grant Street
                                                Pittsburgh, PA  15219
                                                Phone:  412-562-8800
                                                Fax:  412-562-1041

                                                *Attorneys for Plaintiff, North American Dental*
                                                *Management, LLC*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July 2023, to the following:

Michele Phillips
6573 Pocklington Road
Britton, MI  49229

*/s/ Erin J. McLaughlin*
