# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, <u>SOFTWARE AND THINGS DIRECTED TO MICHELE PHILLIPS</u>**

North American Dental Management, LLC, by and through its undersigned counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby propounds Plaintiff's First Set of Requests for Production of Documents to Michele Phillips. NADM requests that Defendant Michele Phillips answer the same in the manner prescribed by the Federal Rules of Civil Procedure, and within the time permitted by those Rules or any Order of Court expediting discovery in this matter.

## DEFINITIONS

A. "**You**," "**your**," and "**Phillips**" shall refer to Defendant Michele Phillips and any person or entity acting or purporting to act at her request, on her behalf, or under her direction or control.

B. "**NADM**" shall refer to Plaintiff North American Dental Management, LLC, and any person, agent or entity acting, or purporting to act, on its behalf.

C. "**NADM Potential Employee**" shall refer to any Person or Entity that was recruited by Phillips during her tenure as NADM's Manager of Doctor Recruiting.

D. "**DSO**" shall refer to any dental services organization and direct competitor of

NADM.

      E.      "**Any**" shall be understood to encompass "**all**."

      F.      The conjunction "**and**" shall include the disjunctive "**or**" and vice versa.

      G.      "**Person**" shall mean any natural person or business organization.

      H.      "**Document**" or "**documents**" shall have the full meaning as set forth in the Federal Rules of Civil Procedure and includes (but is not limited to) all electronically stored, written, typewritten, handwritten, recorded or printed matter of any kind, including the originals and all non–identical copies thereof, whether different from the originals by reason of any notation made on such copies or otherwise, including without limitation: minutes and/or other records of meetings, agendas, bills, contracts, leases, assignments, agreements, contracts, summaries of negotiations, account books, orders, invoices, statements, bills, checks, accounting records, vouchers, summaries, diaries, forecasts, studies, drawings, graphs, charts, reports and/or summaries of investigations or reports, strategic or business plans or summaries, brochures, pamphlets, publications, circulars, advertisements, trade letters, press releases, statements of policy, correspondence, letters, electronic mail, telegrams, interoffice and intraoffice communications, offers, notations of any sort of conversations, appointment books or calendars, teletypes, telefax, thermafax, confirmations, computer files, printouts of computer files, computer data (including information or programs stored in a computer, whether or not ever printed out or displayed); all drafts, alterations, modifications, changes and amendments of any of the foregoing; all graphic or manual records or representations of any kind, including without limitation, photographs, microfiche, microfilm, video tape, records, motion pictures, and electronic, mechanical or electric records or representations of any kind, including without limitation, tapes, cassettes, disks, magnetic cards, and recordings; and all other similar material

which is in your possession, custody or control. Without limiting the term "control" as used in the preceding sentence, a document shall be deemed to be within your control, regardless of its physical location, if you have the right to secure the document or a copy thereof from another person or entity, either public or private, including, but not limited to, your legal counsel, having actual possession thereof.

   I.  "**All documents**" shall mean every document, whether an original or copy, as above defined, and every such document or writing which can be located or discovered by reasonably diligent efforts.

   J.  "**Refer**," "**relate**," "**reflect**," "**regard**," "**refer to**," "**relate to**," "**relating to**," and "**concerning**" (or forms thereof) shall mean directly or indirectly, in whole or in part, connected with, commenting on, relevant to, impinging or impacting upon, affecting, responding to, showing, describing, representing, supporting, contradicting, stating, mentioning, showing, evaluating, recording, noting, analyzing, or constituting.

   K.  "**Identify**" and "**identification**" shall mean, when used in reference to:

    (a) <u>A natural person</u>: his or her full name; home address; business address; home and business telephone number; present or last known position, job description, and the identity of his or her business affiliation; his or her position, job description, and the identity of his or her business affiliation at the time and in the context in which he or she is identified; and the relationship, business or otherwise, between such person and yourself.

    (b) <u>A company, corporation, association, partnership, or legal entity other than a natural person</u>: its full name; a description of the type of organization or entity; the address and telephone number of its principal place of business; the jurisdiction of incorporation or organization; the date of its incorporation or organization; and the identity of each natural person acting on behalf of the entity at the time and in the context in which the entity is identified.

    (c) <u>A document</u>: its description (i.e., letter, memorandum, report, etc.); its title; its date; the number of pages thereof; its subject matter; the identity of its author(s), creator(s), originator(s), signer(s), and any person(s) who

3

        participated in its preparation; the identity of its addressee(s) or recipient(s); the identity of each person to whom copies were sent and each person by whom copies were received; its present location; and the identity of its custodian(s).  If any such document was, but is no longer in your possession or control, state what disposition was made of it and when.

(d)    <u>A communication</u>:  the type and/or mode of the communication; the date and time when it occurred; the place where it occurred; the complete substance of the communication; the identity of each person to whom such communication was made, by whom such communication was made, and who was present when such communication was made; and the identity of all documents memorializing, referring, or relating in any way to the communication or its subject matter.

(e)    <u>An assertive action</u>:  the date and time when it occurred; the place where it occurred; a detailed description of the action; the identity of each person taking and/or witnessing such action; and the identity of all documents memorializing, referring, or relating in any way to the subject matter of the action.

## **GENERAL INSTRUCTIONS**

A.    Responses to these Requests should include all information known to you as "you" is defined above, or ascertainable by you upon reasonable inquiry.  If a response cannot be provided to any particular Request, then identify any individual or entity who might have knowledge, and any material which is believed to be relevant to the information sought.

B.    To the extent that an objection is raised to any Request herein, whether in whole or in part, respond to as much of the Request as to which no objection is asserted.  With respect to the portion of the Request to which an objection is asserted, state with specificity the basis for the objection.

C.    With respect to any document that is claimed to be privileged or otherwise protected from discovery, identify the document, including its date, author(s), recipient(s), and general subject matter, but not its substance; state the privilege or other protection from

discovery allegedly involved; and state any factual and/or legal basis for the assertion of the privilege or the protection from discovery.

D.      These Requests are continuing in nature.  In the event that any information comes to your attention after you serve responses to these Requests, which information is responsive to any request for discovery above or which would change or alter in any way the response to the above Requests, and which was not included in the responses to the above Requests, such additional materials or information shall be furnished to counsel for NADM as soon as possible without any further request by NADM.

## REQUESTS FOR PRODUCTION

1. All Documents identified in, relating to, to which you referred or upon which you relied when answering Plaintiff's First Set of Interrogatories directed to you.

2. All Documents (including, but not limited to, any correspondence, memorandum, notes, emails, text messages, recordings of conversations, and voicemails) memorializing, constituting or relating to communications you have had with or regarding any doctor of whom you were aware by virtue of your employment with NADM since June 9, 2023.

3. All Documents relating to, referring to or memorializing your engagement or employment with a DSO other than NADM or any other competing entity since January 1, 2023 with which you have been engaged or by whom you have been employed in any capacity.

4. All Documents belonging to, originating from or relating to NADM (including any and all copies, summaries, or distillations thereof).

5. All Documents memorializing, regarding or in any way relating to the terms and conditions of your employment with or engagement by any entity other than NADM since January 1, 2023, including (but not limited to) any communications memorializing or relating to your recruitment, your offer letter, your employment agreement, and any restrictive covenant agreement.

4. All Documents memorializing, regarding, relating to, or reflecting any work you have performed for or on behalf of any entity other than NADM since May 1, 2023.

5. All Documents that relate in any way to or describe your job duties for any entity with which you have been engaged other than NADM since May 1, 2023, including any job description, goals, objectives, or performance criteria.

6. Copies of all invoices, time sheets, journal entries, date books, calendar entries

and expense reports related to any work you have performed for any entity other than NADM since May 1, 2023.

7. All Documents memorializing, regarding or relating to any agreement, contract, or arrangement between you and any third person, firm, or entity to defend or indemnify against this or any action brought against you by NADM.

8. Your pay stubs or other Documents relating to your salary, wages, or other compensation paid to you since January 1, 2023, except as paid by NADM.

9. All Documents relating to your attempts to recruit any doctor or employee on behalf of any entity other than NADM since January 1, 2023.

10. The following removable storage devices with the serial numbers:

| | |
|---|---|
| 4C530000050603204472 | SanDisk Cruzer Glide USB Device |
| 6&26d8db9b | SMI USB Device |
| 5&41045EF&0&4 | SMI |
| 07012519A1BEA450 | PNY USB 3.2.1 FD USB Device |
| 0701251992010116 | PNY USB 3.2.1 FD USB Device |
| 4C53100160110101342 | SanDisk Cruzer Blade |

11. A forensic image of any computer, tablet or other device that you have used for any business purpose since January 1, 2023.

12. A forensic image of any smart phone you have used for any business purpose since January 1, 2023.

13. A forensic image of any removable storage device, other than those requested in Request 10, you have used for any business purpose since January 1, 2023.

14. A zip file and/or forensic image of any cloud-based storage account you have used for any business purposes since January 1, 2023.

7

15. A zip file of your downloaded LinkedIn content (including all content since your date of preservation to present).

16. A forensic copy of any .pst file for any email account you have used for any business purpose since January 1, 2023.

17. A copy of any contact list, address book, database of contacts or other form of contact directory you maintain whether stored as a hard copy or in electronic form.

18. A copy of your current business card.

19. Any and all Documents you intend to use at any hearing or the trial of this matter.

Dated: July ____, 2023                    Respectfully submitted,

                                          BUCHANAN INGERSOLL & ROONEY PC

                                          */s/ Erin J. McLaughlin*
                                          Erin J. McLaughlin *(PA 202044)*
                                          erin.mclaughlin@bipc.com
                                          Christian C. Antkowiak *(PA 209231)*
                                          christian.antkowiak@bipc.com
                                          Nicholas J. Bell *(PA 307782)*
                                          nicholas.bell@bipc.com

                                          Union Trust Building, Suite 200
                                          501 Grant Street
                                          Pittsburgh, PA  15219
                                          Phone:  412-562-8800
                                          Fax:  412-562-1041

                                          *Attorneys for Plaintiff, North American Dental Management, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July, 2023, to the following:

Michele Phillips<br>
6573 Pocklington Road<br>
Britton, MI 49229

<i>/s/ Erin J. McLaughlin</i>