# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF VIDEOTAPED DEPOSITION OF MICHELE PHILLIPS

TO:   Michele Phillips
      6573 Pocklington Road
      Britton, MI 49229

PLEASE TAKE NOTICE that counsel for North American Dental Management, LLC ("NADM"), will take your videotaped deposition, under oath, before a certified court reporter pursuant to Rule 30 of the Federal Rules of Civil Procedure at Buchanan Ingersoll & Rooney PC, The Union Trust Building, 501 Grant St., Pittsburgh, PA 15219 at a time mutually agreeable to the parties, but in no event later than five (5) days before the Preliminary Injunction hearing to be scheduled by the Court.

Phillips should bring with her all documents that relate in any way to Plaintiff's claims or Defendant's defenses to those claims and any other documents responsive to Plaintiff's written discovery requests that have not been produced prior to this deposition.

Dated:  July ___, 2023	Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Erin J. McLaughlin*
Erin J. McLaughlin *(PA 202044)*
erin.mclaughlin@bipc.com
Christian C. Antkowiak *(PA 209231)*
christian.antkowiak@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com

Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219
Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Plaintiff, North American Dental Management, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July, 2023, to the following:

Michele Phillips<br>
6573 Pocklington Road<br>
Britton, MI  49229

<i>/s/ Erin J. McLaughlin</i>