IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | *Electronically Filed* |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR ORDER OF COURT DIRECTING PRESERVATION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND THINGS**

North American Dental Management, LLC ("NADM") by and through its undersigned counsel, moves this Court for an Order directing that the documents, software and things related to the claims set forth in the Verified Amended Complaint, including without limitation those requested in Plaintiff's requests for production of documents directed to Defendant, as attached to Plaintiff's Motion to Expedite Discovery (*See* Exhibits to Plaintiff's Motion to Expedite Discovery) be maintained and preserved in their present state, without change or alteration by the Defendant and as otherwise required by law pending completion of this matter. In support thereof, NADM avers as follows:

1. This is an action seeking, *inter alia*, to enjoin Defendant Michele Phillips ("Phillips") from breaching her contractual, statutory and/or common law obligations to NADM and misappropriating NADM'S Confidential Information and Trade Secrets (as defined in the Verified Amended Complaint).

2. Concurrently with the filing of this Motion, NADM filed a Motion to Expedite Discovery.

3.     Certain of the documents and information sought by NADM are of a nature such that they are easily destroyed and, in some cases, may be unintentionally destroyed.

4.     In fact, NADM has serious concerns about the destruction of evidence because Phillips has yet to return the removable storage device she used for abscond with NADM's Confidential Information and Trade Secrets (as defined in the Verified Amended Complaint).

5.     In order for NADM to prepare adequately for the hearing in this matter and to prevent destruction of evidence by Phillips, it is necessary that the Court enter an order directing that all relevant information be preserved for the purposes of discovery and the hearing.

6.     Phillips will not be harmed by such an Order; however, NADM will be substantially and irreparably harmed by denial of this request to maintain evidence intact and avoid spoliation.

WHEREFORE, NADM requests that this Court enter an Order directing Defendant Michele Phillips, and other persons or entities within her control and/or supervision, and all other persons or entities acting in concert with her or on her behalf, to preserve, maintain and protect in their present state from destruction, modification or alteration, each and any of the documents, electronically stored information and things related to the claims set forth in the Verified Amended Complaint, including without limitation those requested in Plaintiff's requests for production of documents directed Defendant, as attached to Plaintiff's Motion to Expedite Discovery, that are in Defendant's possession, custody or control, pending the completion of this action or until further Order of Court.

Dated:  July 9, 2023                        Respectfully submitted,

                                            BUCHANAN INGERSOLL & ROONEY PC

                                            */s/ Erin J. McLaughlin*
                                            Erin J. McLaughlin *(PA 202044)*

erin.mclaughlin@bipc.com
Christian C. Antkowiak *(PA 209231)*
christian.antkowiak@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com

Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219
Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Plaintiff, North American Dental Management, LLC*

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July 2023, to the following:

Michele Phillips<br>
6573 Pocklington Road<br>
Britton, MI  49229

                                                      */s/ Erin J. McLaughlin*