IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | *ELECTRONICALLY FILED* |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING

North American Dental Management, LLC ("NADM" or "Plaintiff"), by and through its undersigned counsel, moves this Court for an Order expediting the hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. In support thereof, NADM states as follows:

1. On June 30, 2023, NADM filed a Verified Complaint commencing this action.

2. After discovering Michele Phillips ("Phillips" or "Defendant") had stolen and not returned hundreds of highly proprietary files prior to her resignation from NADM, NADM filed a Verified Amended Complaint on July 8, 2023, which is hereby incorporated by reference, seeking in part to enjoin Defendant from misappropriating its Confidential Information and Trade Secrets (as defined in the Verified Amended Complaint) and breaching her contractual, statutory, and/or common law obligations to NADM.

3. On July 9, 2023, NADM filed a Motion for Temporary Restraining Order and Preliminary Injunction and supporting Memorandum of Law, which are incorporated by reference.

4.      As alleged in the Verified Amended Complaint, Phillips' actions constitute violations of the Defend Trade Secrets Act and the Pennsylvania Uniform Trade Secrets Act, breaches of Phillips' Offer Letter Agreement (as defined in the Verified Amended Complaint) with NADM, a breach of her fiduciary duty to NADM and unfair competition. *See, generally,* ECF No. 6.

5.      Phillips' unlawful conduct has caused, is causing, and will continue to cause NADM irreparable harm.

6.      NADM has also filed a Motion for Expedited Discovery.

7.      Because of the critical and ongoing nature of NADM'S injury, to protect NADM'S Confidential Information and Trade Secrets, and to preserve the status quo as it existed prior to Defendant's improper actions, NADM requests an expedited hearing on its Motion for Temporary Restraining Order and Preliminary Injunction following a brief period of expedited discovery as set forth in Plaintiff's Motion for Expedited Discovery.

WHEREFORE, NADM respectfully requests that this Court set a hearing date on its Motion for Temporary Restraining Order and Preliminary Injunction as soon as practicable and convenient for the Court.

Dated:  July 9, 2023                                  Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Erin J. McLaughlin*
Erin J. McLaughlin *(PA 202044)*
erin.mclaughlin@bipc.com
Christian C. Antkowiak *(PA 209231)*
christian.antkowiak@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com

Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219

2

Phone: 412-562-8800
Fax: 412-562-1041

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July, 2023, to the following:

Michele Phillips
6573 Pocklington Road
Britton, MI 49229

*/s/ Erin J. McLaughlin*
