IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) | |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, on this _____ day of _____ 2023, upon consideration of Plaintiff's Motion for an Expedited Hearing, it is hereby ORDERED that Plaintiff's Motion is **GRANTED** and a hearing on this matter is set for _____, 2023 at _____ in Courtroom _____ before _____.

_____