IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) |
| Plaintiff, | ) ) 2:23-cv-01202 |
| v. | ) ) *ELECTRONICALLY FILED* |
| MICHELE PHILLIPS, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

North American Dental Management, LLC ("NADM"), by and through its undersigned counsel, files the following Motion to Expedite Discovery pursuant to the Federal Rules of Civil Procedure, and in support thereof, states as follows:

1.	By its Verified Amended Complaint filed on July 8, 2023, NADM seeks a temporary restraining order, preliminary injunction, permanent injunctive relief and monetary damages against its former employee, Michele Phillips ("Phillips"), for violations of her statutory, contractual and/or common law obligations to NADM.

2.	Concurrently with this Motion, NADM filed a Motion for Temporary Restraining Order and Preliminary Injunction, a Motion for Order Directing Preservation of Documents, Electronically Stored Information and Things, and a Motion for Expedited Hearing seeking to have the Court set a date for an evidentiary hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

3.	To fully and adequately prepare for the preliminary injunction hearing, it is necessary that certain discovery, by way of depositions, production of documents, electronically

stored information and things, and other written discovery, be scheduled and completed before the date of such hearing.

4. To complete this discovery before the preliminary injunction hearing, the time periods for discovery set forth in the Federal Rules of Civil Procedure must be shortened and expedited. For the convenience of the Court, copies of the following are attached hereto:

- Plaintiff's First Set of Interrogatories Directed to Michele Phillips **(Exhibit A)**;

- Plaintiff's First Request for Production of Documents Directed to Michele Phillips **(Exhibit B);** and

- Notice of Videotaped Deposition Directed to Michele Phillips **(Exhibit C)**.

5. The information sought by NADM is reasonable in scope, is not in NADM's possession, and cannot be ascertained without discovery.

6. The imminence and severity of irreparable harm to NADM and the interests of justice require that the time periods for discovery be shortened and expedited by this Court.

WHEREFORE, NADM requests this Court to enter an Order in the form attached hereto expediting discovery in this matter.

Dated: July 9, 2023                               Respectfully submitted,

                                                  BUCHANAN INGERSOLL & ROONEY PC

                                                  */s/ Erin J. McLaughlin*
                                                  Erin J. McLaughlin *(PA 202044)*
                                                  erin.mclaughlin@bipc.com
                                                  Christian C. Antkowiak *(PA 209231)*
                                                  christian.antkowiak@bipc.com
                                                  Nicholas J. Bell *(PA 307782)*
                                                  nicholas.bell@bipc.com

                                                  Union Trust Building, Suite 200
                                                  501 Grant Street
                                                  Pittsburgh, PA  15219

Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Plaintiff, North American Dental Management, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via email on the 9th day of July 2023 and attempted to be served via personal service on the 10th day of July, 2023, to the following:

Michele Phillips<br>
6573 Pocklington Road<br>
Britton, MI  49229

<i>/s/ Erin J. McLaughlin</i>