IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 2:23-cv-01202 |
| v. | ) ) ) | |
| MICHELE PHILLIPS, | ) ) | |
| Defendant. | ) ) | |

**ORDER OF COURT**

**AND NOW**, on this ___14th___ day of ___July___ 2023, upon consideration of Plaintiff's Second Motion for Order of Court Directing Preservation of Documents, Electronically Stored Information and Things, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**, and that Defendant, all other persons or entities within their control or supervision, and all other persons or entities acting in concert with them or participating with them, are hereby directed to preserve, maintain and protect in their present state from destruction, modification or alteration, each and every document, electronically stored information and thing related to the claims set forth in the Verified Amended Complaint, including without limitation those requested in Plaintiff's requests for production of documents directed to Defendant (as attached to Plaintiff's Motion to Expedite Discovery) that are in Defendant's possession, custody or control, pending completion of this action or until further Order of the Court.

Plaintiff shall immediately serve Defendant with a copy of this Order.

_____
W. Scott Hardy
United States District Judge