IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 2:23-cv-01202 |
| v. | ) ) | *Electronically Filed* |
| MICHELE PHILLIPS, | ) ) ) | |
| Defendant. | ) ) | |

## STATUS REPORT ON BEHALF OF PLAINTIFF

Plaintiff North American Dental Management, LLC ("NADM" or the "Company") by and through its undersigned counsel, file this Status Report per Order of the Court, dated July 14, 2023, issued by The Honorable W. Scott Hardy at ECF 29:

(1) Despite being ordered to produce responses to NADM's discovery requests on or before July 24, 2023, Michele Phillips ("Phillips") finally responded to NADM's discovery requests at 4:55 p.m. today.

(2) In addition, despite being ordered to immediately return the NADM property in her possession, NADM just received a removable storage device, which Phillips has indicated is the removable storage device she used in absconding with NADM's information.

(3) NADM has not yet had the opportunity to review the discovery responses in detail or have the removable storage device forensically examined. NADM has, however, initiated its review and the forensic analysis.

(4) In addition, Phillips' counsel advised today that Phillips did not intend to appear for her deposition as noticed on July 28, 2023, despite the fact that it was initially noticed on July 18, 2023.

(5) Accordingly, NADM requests a status conference to address the completion of expedited discovery. Moreover, NADM has expressed a willingness to engage in mediation provided the terms of the Temporary Restraining Order remain in place until a mediation can be held and NADM has the opportunity to explore the extent to which Phillips used NADM's information and property on behalf of P1 Dental Partners.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Erin J. McLaughlin*
Erin J. McLaughlin (*PA 202044*)
erin.mclaughlin@bipc.com
Christian C. Antkowiak (*PA 209231*)
christian.antkowiak@bipc.com
Nicholas J. Bell (*PA 307782*)
nicholas.bell@bipc.com
Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219
Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Plaintiff*

Dated:  July 26, 2023