**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, : : : | |
| *Plaintiff*, : : | Civil Action No.: 2:23-cv-01202 |
| v. : : : | Honorable Judge W. Scott Hardy |
| MICHELE PHILLIPS, : : | |
| *Defendant*. : | |

## STATUS REPORT ON BEHALF OF THE DEFENDANT

Defendant, Michele Phillips, by and through her undersigned counsel, Sean A. Casey, Esq., files this Status Report per the Order of the Court, dated July 14, 2023, issued by the Honorable W. Scott Hardy (ECF 29):

1. Defense counsel was quite surprised to find that Plaintiff's counsel unilaterally filed a Status Report (ECF 33), when in fact Defense counsel had tried on three (3) occasions to schedule a conference to prepare a joint status report, as was required by above referenced Order.

2. Defense counsel received no response regarding his attempts to schedule that conference (See Exhibits 1 and 2), which is why the Status Report being filed is not a joint status report, as was required by said Order.

3. So the Court is aware, Defendant Michele Philips has been terminated from her employment with P1 Dental as a result of the cease and desist letter that was issued to them by Plaintiff's counsel, which Plaintiff's counsel was made aware of on Monday, July 24, 2023. (Ex. 2)

4.      Plaintiff's counsel has also been provided with the thumb drive that contained all documents in the Defendant's possession that were in any way conceivably property of the Plaintiff NADM.

5.      As Plaintiff's counsel has been advised, the Defendant is also in the process of having a forensic retrieval conducted in order to satisfy that a complete and thorough search has been done with regard to Plaintiff's requests for documents associated with this case, as she has been advised by counsel that self-retrieval was going to be insufficient.

6.      Given that Defendant has been terminated and the storage device in question has been provided to the Plaintiff in this case the exigencies used by Plaintiff to secure this expedited discovery and acquire the TRO are essentially mute.

7.      Regarding the rescheduling of Defendant's Deposition, counsel for Defendant requested for it to be rescheduled for a date and time to be mutually determined, which request is per the Order issued on July 14, 2023, ECF 31.

8.      Scheduling a new date and time would have been discussed had Plaintiff's counsel responded to any requests for meeting.

9.      Defendant will provide a thorough defense to the noncompete that is seeking to be enforced in this case.

10.     Defendant is agreeable to mediating this case and has expressed that interest several times.

11.     Accordingly, Defense counsel is in agreement that a status conference is necessary to address the completion of discovery and the manner in which this case would move forward at this time.

                Respectfully submitted,

                /s/ Sean A. Casey
                Sean A. Casey (PA 79806)

                **SEAN A. CASEY, ATTORNEY AT LAW**
                First & Market Building
                100 First Avenue, Suite 1010
                Pittsburgh, PA 15222
                T: (412) 201-9090
                F: (412) 281-8481
                E: sean@caseylegal.com