# EXHIBIT 1

# Sean Casey

| | |
|---|---|
| **From:** | Erin J. McLaughlin <erin.mclaughlin@bipc.com> |
| **Sent:** | Wednesday, July 19, 2023 10:34 PM |
| **To:** | Sean Casey; Christian Antkowiak |
| **Cc:** | Jessica Kratofil; Erin J. McLaughlin |
| **Subject:** | RE: North American Dental v. Phillips |

Hi Sean,
We have confirmed our client is agreeable to extending the deadline until tomorrow.
Best,
Erin

## Erin McLaughlin
**Shareholder**

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 392 2090 (o)
412 860 0417 (c)
412 392 2140 (Ellen Hagan)
erin.mclaughlin@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

1

**From:** Sean Casey <sean@caseylegal.com>
**Sent:** Wednesday, July 19, 2023 9:27 PM
**To:** Christian Antkowiak <christian.antkowiak@bipc.com>; Erin J. McLaughlin <erin.mclaughlin@bipc.com>
**Cc:** Jessica Kratofil <jessica@caseylegal.com>
**Subject:** RE: North American Dental v. Phillips


I have confirmed it is P1 Dental Partners headquartered in Indianapolis, IN.

Should I will assume from your lack of response to my request, that your client has not responded to you?

Sean

**From:** Christian Antkowiak <christian.antkowiak@bipc.com>
**Sent:** Wednesday, July 19, 2023 7:24 PM
**To:** Erin J. McLaughlin <erin.mclaughlin@bipc.com>
**Cc:** Sean Casey <sean@caseylegal.com>; Jessica Kratofil <jessica@caseylegal.com>
**Subject:** Re: North American Dental v. Phillips

Sean - where is she working?

> On Jul 19, 2023, at 7:08 PM, Erin J. McLaughlin <erin.mclaughlin@bipc.com> wrote:
>
>
> Hi Sean,
> We know that she used a removable storage device to download a significant amount of information right before her separation. While we want everything back, we are interested in obtaining this device immediately.
> Erin
>
> **Erin McLaughlin**
> **Shareholder**
>
> Union Trust Building
> 501 Grant Street, Suite 200
> Pittsburgh, PA 15219-4413
> 412 392 2090 (o)
> 412 860 0417 (c)
> 412 392 2140 (Ellen Hagan)
> erin.mclaughlin@bipc.com
>
> vCard | Bio | BIPC.com | Twitter | LinkedIn
>
> **Buchanan Ingersoll & Rooney** PC

2

**From:** Sean Casey <sean@caseylegal.com>
**Sent:** Wednesday, July 19, 2023 7:07 PM
**To:** Erin J. McLaughlin <erin.mclaughlin@bipc.com>; Christian Antkowiak <christian.antkowiak@bipc.com>
**Cc:** Jessica Kratofil <jessica@caseylegal.com>
**Subject:** RE: North American Dental v. Phillips

Hi Erin,

I am sure you did attempt to communicate with her on this. I wasn't brought into this case until today. I do not see either request being a problem with my client. Just to clarify, when you say property are you referring to actual equipment or just proprietary materials? My understanding from the client today is that she already returned all of their equipment.

Thanks,

Sean A. Casey, Esquire (he, him, his)
First & Market Building
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Office # 412-201-9090
Fax # 412-281-8481


**From:** Erin J. McLaughlin <erin.mclaughlin@bipc.com>
**Sent:** Wednesday, July 19, 2023 6:48 PM
**To:** Sean Casey <sean@caseylegal.com>; Christian Antkowiak <christian.antkowiak@bipc.com>
**Cc:** Jessica Kratofil <jessica@caseylegal.com>; Erin J. McLaughlin <erin.mclaughlin@bipc.com>
**Subject:** RE: North American Dental v. Phillips

Hi Sean,
I will try to get a hold of my client regarding your request. Please note that your client has been aware of this deadline since last Friday and we had previously reached out to her on numerous occasions over the past two weeks, with no response. I would, however, be willing to recommend that my client grant the request if your client discloses where she is working and returns the NADM property in her possession immediately.
Thank you,
Erin

**Erin McLaughlin**
**Shareholder**

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
412 392 2090 (o)
412 860 0417 (c)
412 392 2140 (Ellen Hagan)
erin.mclaughlin@bipc.com

3

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

vCard | Bio | BIPC.com | Twitter | LinkedIn

4

**From:** Sean Casey <sean@caseylegal.com>
**Sent:** Wednesday, July 19, 2023 6:17 PM
**To:** Christian Antkowiak <christian.antkowiak@bipc.com>; Erin J. McLaughlin <erin.mclaughlin@bipc.com>
**Cc:** Jessica Kratofil <jessica@caseylegal.com>
**Subject:** North American Dental v. Phillips

Hello Erin,

Following up on my earlier message, I have been retained by Ms. Phillips. I am aware of the expedited discovery in this case. Most immediately, the requirement that my client's discovery be issued today. I wanted to know if you had any objection to me submitting it tomorrow?

As to the other issues, I am available most of tomorrow for a call. I have scheduled calls at 11:00 AM and 3:00 PM, but otherwise I am available.

Let me know your thoughts on these issues.

Regards,

Sean A. Casey, Esquire (he, him, his)

First & Market Building

100 First Avenue, Suite 1010

Pittsburgh, PA 15222

Office # 412-201-9090

Fax # 412-281-8481

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you

are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.