# U.S. District Court

23-1202

## Pennsylvania Western - Pittsburgh

Receipt Date: Aug 9, 2023 10:44AM

North American Dental Group

| Rcpt. No: 200005128 | | Trans. Date: Aug 9, 2023 10:44AM | | | Cashier ID: #JN |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DPAW223CV001202 /001 NORTH AMERICAN DENTAL GROUP | 1 | 150000.00 | 150000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #091025559 | 08/4/2023 | $150,000.00 |
| | | | Total Due Prior to Payment: | $150,000.00 |
| | | | Total Tendered: | $150,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** Bond to be placed in the local Court Registry as per Amended Order of Court signed by U.S. District Judge W. Scott Hardy on 7/27/2023 at ECF no. 37 and remain there until further Order of Court.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED

AUG -9 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA