## IN THE U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN DENTAL MANAGEMENT, LLC, <br><br>    Plaintiff, <br><br> vs. <br><br> MICHELE PHILLIPS, P1 DENTAL MSO, LLC and PRAIRIE CAPITAL, L.P. <br><br>    Defendants. | Civil Action No.: 2:23-CV-01202 |

### PRAIRIE CAPITAL, L.P. and P1 DENTAL MSO, LLC's MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Prairie Capital, L.P. ("**Prairie Capital**") and P1 Dental MSO, LLC ("**P1**"), by and through their undersigned counsel, DLA Piper LLP (US), file this Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 44) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief might be granted. The facts, legal contentions, and authorities supporting dismissal are set forth in the accompanying Memorandum of Law, which is being contemporaneously filed with this Motion and incorporated herein by reference.

DATED: December 11, 2023

**Respectfully submitted,**

**DLA PIPER LLP (US)**

 */s/ James C. Bookhout*
James C. Bookhout (*Pro Hac Vice*)
Brett M. Feldman (*Pro Hac Vice*)
Timothy Gilbert (PA 327957)
james.bookhout@us.dlapiper.com
brett.feldman@us.dlapiper.com
timothy.gilbert@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103
T: (215) 656-3300
F: (214) 656-3301

*Attorneys for Defendants P1 Dental MSO, LLC and Prairie Capital, L.P*

## MEET & CONFER CERTIFICATION

I, James C. Bookhout, Esq., certify that counsel for Defendants, P1 Dental MSO, LLC and Prairie Capital, L.P., made a good faith effort to meet and confer with counsel for Plaintiff, North American Dental Management, LLC, to determine whether the deficiencies in the Seconded Amended Complaint (Docket No. 44) identified in Defendants' Motion to Dismiss could be cured by amendment.

                                                               */s/ James C. Bookhout*
                                                               James C. Bookhout

## CERTIFICATE OF SERVICE

I, James C. Bookhout, Esq., certify that today, December 11, 2023, I caused a true and correct copy of Defendant P1 Dental MSO, LLC and Prairie Capital, L.P.'s Motion to Dismiss and accompanying Memorandum of Law Support to be served on all counsel of record via the Court's CM/ECF system.

**DLA PIPER LLP (US)**

                                                               */s/ James C. Bookhout*
                                                               James C. Bookhout